Henry E. Dill, Respondent, v. Caroline Dill, Appellant.— Order affirmed, without costs. No opinion. All concurred; Parker, P. J., not sitting.

Victoria B. Dobson, Respondent, v. The Village of Oneida, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Clara Duval, as Administratrix, etc., of Alfred Duval, Deceased, Respondent, v. Raquette River Paper Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting; Parker, P. J., not sitting.

John Ernest, Appellant, v. The City of Schenectady, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Babette Illch, Respondent, v. The Mutual Benefit Life Insurance Company and New Hampshire Fire Insurance Company, Appellants.— Reargument ordered.

Jennie Kelcey, Respondent, v. William W. Van Keuren, Appellant.— Judgment affirmed, with costs. No opinion. All concurred; Parker, P. J., not sitting.

Knickerbocker Trust Company, as Trustee, Respondent, v. Oneonta, Cooperstown and Richfield Springs Railway Company and Others, Defendants. Henry W. Dean and Others, Respondents, and Daniel M. Lounsbury and Others, Appellants.— Motion for leave to go to the Court of Appeals granted and questions certified as follows: *First.* May a defendant without the service of an answer by himself require a determination of the ultimate rights of himself and a codefendant as between themselves on an answer demanding such determination served on him by such codefendant? *Second.* Did the Special Term under the pleadings and proof herein properly render a judgment determining as between the defendants the ownership of the bonds?

Henry W. Miller, Individually and as Director of Forge Park Company, and Others, Respondents, v. John P. Leo and Isabelle N. Leo, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred; Parker, P. J., not sitting.

In the Matter of the Petition of Hattie M. Glover, Appellant, for the Revocation of Letters of Administration Heretofore Issued to Joseph J. W. Wilson, Respondent, upon the Estate of Helen L. Wilson, Deceased.— Decree unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Edward P. Mullen, Respondent, v. J. J. Quinlan & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred; Parker, P. J., not sitting.

Sarah Middleworth, Respondent, v. Mary M. Ordway, Individually and as Administratrix, etc., of James M. Ordway, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Marcus Mattern, Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.